B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**First Community Village** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-0655502** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1800 Riverside Drive**<br>**Columbus, OH**<br>ZIP Code **43212-1855** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  **Ohio Non-Profit Corporation**

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **First Community Village** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **First Community Village** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas R. Allen**
Signature of Attorney for Debtor(s)

**Thomas R. Allen 0017513**
Printed Name of Attorney for Debtor(s)

**Allen Kuehnle Stovall & Neuman LLP**
Firm Name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**

Address

**(614) 221-8500  Fax: (614) 221-5988**
Telephone Number

**April 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Diane Tomlinson**
Signature of Authorized Individual

**Diane Tomlinson**
Printed Name of Authorized Individual

**Chief Operating Officer**
Title of Authorized Individual

**April 18, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **First Community Village**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adrian & Dorthea Sabety** c/o Pari Sabety 3192 Morningside Drive Columbus, OH 43202 | **Pari Sabety** Adrian & Dorthea Sabety 3192 Morningside Drive Columbus, OH 43202 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 301,340.00 |
| **Alice Kohr** c/o Michael Kohr 2591 Wickliffe Road Columbus, OH 43221 | **Michael Kohr** Alice Kohr 2591 Wickliffe Road Columbus, OH 43221 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 232,470.00 |
| **Barbara Hardy** 5975 South Holly Street Littleton, CO 80121 | **Barbara Hardy** 5975 South Holly Street Littleton, CO 80121 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 245,385.00 |
| **Bricker & Eckler** 100 South Third Street Columbus, OH 43215 | **Bricker & Eckler** 100 South Third Street Columbus, OH 43215 614 227 2300 | **Legal Services** | | 418,086.86 |
| **Bruner Corporation** 3637 Lacon Road Hilliard, OH 43026-4050 | **Michael Tarullo, Esq.** Schottenstein Zox & Dunn 250 West Street Columbus, OH 43215 614 462 2304 | **Purported Subcontractor Claim** | **Contingent Unliquidated Disputed** | 2,151,768.00 (Unknown secured) |
| **Central Ohio Sheet Metal & Mech., Inc.** 57 Klema Drive Reynoldsburg, OH 43068 | **D. Michael Crites, Esq.** Rich Crites & Dittmer, LLC 300 East Broad Street, Ste. 300 Columbus, OH 43215 614-228-5822 | **Purported Subcontractor Claim** | **Contingent Unliquidated Disputed** | 227,372.47 (Unknown secured) |
| **Dolly Schecter** c/o Michael Schecter 8314 Breckenridge Way Columbus, OH 43235 | **Michael Schecter** Dolly Schecter 8314 Breckenridge Way Columbus, OH 43235 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 178,552.50 |
| **Helen Boggs** c/o Delores Crabbs PO Box 370596 Montara, CA 94037 | **Delores Crabbs** Helen Boggs PO Box 370596 Montara, CA 94037 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 155,230.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **First Community Village**  
             Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HSH Nordbank AG, New York Branch**<br>Attn: Gregory J. Nuber, Sr. Vice Pres.<br>230 Park Avenue, 27th Floor<br>New York, NY 10169-0005 | **Gregory J. Nuber, Sr. Vice Pres.**<br>HSH Nordbank AG, New York Branch<br>230 ParkAvenue, 27th Floor<br>New York, NY 10169-0005 | **Bank Loan** | **Contingent** | 2,573,787.00<br><br>(41,200,000.00 secured) |
| **Huntington Nat. Bank, as Subord. T'ee**<br>7 Easton Oval - EA4E63<br>Attn. Corporate Trustee<br>Columbus, OH 43219 | **Jody M. Oster, Esq.**<br>Huntington Bancshares, Inc.<br>41 S. High St., HC0523<br>Columbus, OH 43215-4540 | **undersecured claim related to subodinate bonds** | | 1,685,000.00<br>(41,200,000.00 secured)<br>(58,705,000.00 senior lien) |
| **KBC Bank N.V.**<br>Attn: Susan Silver<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Susan Silver**<br>KBC Bank N.V.<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Bank Loan** | | 1,758,665.00<br><br>(41,200,000.00 secured) |
| **Legacy Commercial Flooring**<br>PO Box 636135<br>Cincinnati, OH 45263-6135 | **Legacy Commercial Flooring**<br>PO Box 636135<br>Cincinnati, OH 45263-6135 | **Purported Subcontractor Claim** | **Contingent Unliquidated Disputed** | 234,000.00<br><br>(Unknown secured) |
| **Marilyn Matheny**<br>c/o Thomas Matheny<br>1843 Berkshire Road<br>Columbus, OH 43221 | **Thomas Matheny**<br>Marilyn Matheny<br>1843 Berkshire Road<br>Columbus, OH 43221 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 233,700.00 |
| **National Consumer Cooperative Bank**<br>Attn: Robert Montanari, Sr. VP Healthcar<br>2011 Crystal Drive, Suite 800<br>Arlington, VA 22202-3709 | **Robert Montanari, Sr. VP Healthcare**<br>National Consumer Cooperative Bank<br>2011 Crystal Drive, Suite 800<br>Arlington, VA 22202-3709 | **Bank Loan** | | 1,623,386.00<br><br>(41,200,000.00 secured) |
| **Ohio Bureau of Workers Compensation**<br>Corporate Processing Department<br>Columbus, OH 43217-0821 | **Ohio Bureau of Workers Compensation**<br>Corporate Processing Department<br>Columbus, OH 43217-0821 | **Workers' Compensation Insurance Claim** | **Unliquidated** | 236,625.25 |
| **Ohio Dept. of Job & Family Services**<br>PO Box 714850<br>Columbus, OH 43271-4850 | **Ohio Dept. of Job & Family Services**<br>PO Box 714850<br>Columbus, OH 43271-4850 | **Bed License Franchise Fees** | | 211,424.04 |
| **Richard Riesenberger**<br>c/o Bill Riesenberger<br>1132 Grandview Avenue<br>Columbus, OH 43212 | **Bill Riesenberger**<br>Richard Riesenberger<br>1132 Grandview Avenue<br>Columbus, OH 43212 | **Contingent claim for deposit refund** | **Contingent Unliquidated** | 337,500.00 |
| **Sovereign Bank**<br>Attn: Toby B. Shea, Vice President<br>75 State Street<br>Boston, MA 02109 | **Toby B. Shea, Vice President**<br>Sovereign Bank<br>75 State Street<br>Boston, MA 02109 | **Bank Loan** | | 5,208,595.00<br><br>(41,200,000.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re **First Community Village** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sovereign Bank, As the Admin. Agent<br>75 State Street<br>Boston, MA 02109 | Jeffrey A. Marks, Esq.<br>Squire Sanders & Dempsey LLP<br>221 E. Fourth St., Suite 2900<br>Cincinnati, OH 45202 | Reimbursement obligation related to Letter of Credit drawn for Senior Bonds | | 58,705,000.00<br><br>(41,200,000.00 secured) |
| Weis Builders, Inc.<br>7654 Lyndale Avenue South<br>Minneapolis, MN 55423 | Thomas L. Rosenberg, Esq.<br>Roetzel & Andress, LLP<br>155 E. Broad Street, 12th Floor<br>Columbus, OH 43215<br>614-463-9770 | Disputed Construction Claim | Contingent Unliquidated Disputed | 13,122,000.00<br><br>(Unknown secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the Ohio Non-Profit Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 18, 2010**     Signature  **/s/ Diane Tomlinson**
**Diane Tomlinson**
**Chief Operating Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ABBRA
PO Box 404927
Atlanta, GA 30384-4927

Acree Daily
Attn: Heather Asbury
2128 Citygate Drive
Columbus, OH 43219

Adria L. Fields, Esq.
Franklin County Prosecutor's Office
501 South High Street
Columbus, OH 43215

Adrian & Dorthea Sabety
c/o Pari Sabety
3192 Morningside Drive
Columbus, OH 43202

Alice Kohr
c/o Michael Kohr
2591 Wickliffe Road
Columbus, OH 43221

Alliance Rehab SRA, LLC
Attn: Sandy Staub or Vic Arellano, VP
1520 Kensington Rd., Suite 110
Oak Brook, IL 60523

American Electric Power
PO Box 24417
Canton, OH 44701-4417

Anthem Blue Cross & Blue Shield
Attn: Erika Frank
PO Box 37730
Louisville, KY 40233-7730

Anwyll & Company
ATTN: Jean Anwyll
256 Weed Land
Elkton, MD 21921-7273

APCO
777 Michigan Avenue
Columbus, OH 43215

AT&T Contract Management
225 W. Randolph, (C
Chicago, IL 60606

AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197

AUF Drug Testing
26101 Village Lane
Cleveland, OH 44122

AV Powell & Associates
Attn: Alwyn Powell
6055 Barfield Rd NE, Suite 209
Atlanta, GA 30328

Barbara Hardy
5975 South Holly Street
Littleton, CO 80121

Bradshaw Insights Group LLC
ATTN: Larry Bradshaw
19336 Cissel Manor
Poolesville, MD 20837

Bricker & Eckler
100 South Third Street
Columbus, OH 43215

Bruner Corporation
3637 Lacon Road
Hilliard, OH 43026-4050

Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Cardwatch
16610 Bayview Ave.
Ste 221 New Market
Ontario Canada

Central Ohio Sheet Metal & Mech., Inc.
57 Klema Drive
Reynoldsburg, OH 43068

Chemcote Roofing Company
7599 Fishel Drive
Dublin, OH 43016

Chemcote, Inc.
7599 Fishel Drive
Dublin, OH 43016

Cintas Corporation
Attn: Jason Amos
13000 Boltonfield St.
Columbus, OH 43228

City of Columbus
Dept of Public Utilities
910 Dublin Road
Columbus, OH 43215-9060

Clary Communications
Attn: Sandy Clary
2079 W. 5th Avenue
Columbus, OH 43212

Cogent
209 Fair Oaks Ave.
South Pasadena, CA 91030

Colleen Krupp
4328 Bear Tooth Court
Columbus, OH 43230

Columbus Pest Control, Inc.
Attn: Lonnie Alonso, President
1510 W. Broad St.
Columbus, OH 43222

Critical Care Transport, Inc.
Attn: William Longworth
2936 Eaast 14th Avenue
Columbus, OH 43219

D. Michael Crites
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Daisy Clark
4016 Windermere Road
Columbus, OH 43220

Direct Supply
Attn: Giselle Castillo
6767 North Industrial Road
Milwaukee, WI 53223

Dolly Schecter
c/o Michael Schecter
8314 Breckenridge Way
Columbus, OH 43235

Donald F. Freidenberg, D.O.
2nd floor, Ste. F
2121 Bethel Road
Columbus, OH 43220

Dublin Road Mini-Storage
PO Box 21422
Columbus, OH 43221

Exelon Energy Company
Attn: Bill Burger
21425 Network Place
Chicago, IL 60673-1214

Federal Insurance Company
c/o William H. Woods, Esq.
88 East Broad Street
Columbus, OH 43215

Franklin County Treasurer
c/o Edward Leonard
373 South High Street
Columbus, OH 43215

Genesis Rehab Services
101 East State Street
Kennett Square, PA 19348

Geri-Menu/CBoard
61 Brown Rd.
Ithaca, NY 14850

Guardsmark, LLC
Ira Lipman, President
6161 Busch Blvd., Suite 201
Columbus, OH 43229

Healthcare Cosmetology Services
335 Washington Street
PO Box 850243
Braintree, MA 02184

Healthcare Services Group, Inc.
Attn: Chris toth
3220 Tillman Dr., Suite 300
Bensalem, PA 19020-9969

Helen Boggs
c/o Delores Crabbs
PO Box 370596
Montara, CA 94037

Herman Motter
194 N. Harris Avenue
Columbus, OH 43204

Home Reach Hospice
Attn: James Newbrough
3595 Olentangy River Road
Columbus, OH 43214

Howard, Wershbale & Co.
Attn: Jim Carnovale
23240 Chagrin Blvd., Ste. 700
Beachwood, OH 44122-5450

Howard, Weshbale & Co.
Suite 700
23240 Chagrin Blvd.
Cleveland, OH 44122-5450

HSH Nordbank AG, New York Branch
Attn: Gregory J. Nuber, Sr. Vice Pres.
230 Park Avenue, 27th Floor
New York, NY 10169-0005

Hunsicker Consulting
716 Mustang Drive
Fairview, TX 75069

Hunsicker Consulting
Attn: Rick Hunsicker
716 Mustang Drive
McKinney, TX 75069

Huntington Nat. Bank, As Sr.Bond T'ee
7 Easton Oval - EA4E63
Attn: Corporate Trustee
Columbus, OH 43219

Huntington Nat. Bank, as Subord. T'ee
7 Easton Oval - EA4E63
Attn. Corporate Trustee
Columbus, OH 43219

Huntington National Bank
7 Easton Oval-EA4E63
Columbus, OH 43219

InCare Hospice
Attn: Matt Kehlmeier
2233 North Bank Drive
Columbus, OH 43220

Ingersoll Rand Security Technologies
75 Remittance Dr., Ste. 6896
Chicago, IL 60675-6896

Inter Tel
Attn: Terri O'Leary
270 Cramer Creek Court
Dublin, OH 43017

Inter-Tel Leasing, Inc.
1140 West Coop North
Houston, TX 77055

Internal Revenue Service
Insolvencies
P.O. Box 1579
Cincinnati, OH 45201

Iron Mountain
4260 Tuller Ridge Dr
Dublin, OH 43017

Jack D'Aurora
Robert J. Behal Law Office
501 South High Street
Columbus, OH 43215

Joseph S. Streb
736 Neil Avenue
Columbus, OH 43215

KBC Bank N.V.
Attn:  Susan Silver
1177 Avenue of the Americas
New York, NY 10036

Kilbourne Medical Lab
(Medlab of Ohio)
665 Ohio Pike
Cincinnati, OH 45245

Kronos, Inc.
PO Box 845748
Boston, MA 02284-5748

LeaderStat, LLC
Attn:  Eleanor
8181 Worthington Road
Westerville, OH 43082

Legacy Commercial Flooring
PO Box 636135
Cincinnati, OH 45263-6135

Legacy Commercial Flooring
3445 Millennium Court
Columbus, OH 43219

Linel Lock System
c/o Acree Daily
4501 Hilton Corp. Drive
Columbus, OH 43232

Living Design
Attn:  Dan Fedders
47015 SD Hwy. 74
Worthing, SD 57077

M&M Healthcare Group, LLC
Attn:  Mari Warburton
PO Box 3132
Dublin, OH 43016

Marilyn Matheny
c/o Thomas Matheny
1843 Berkshire Road
Columbus, OH 43221

Mark S. Miller
Shuller Miller Co., LPA
115 West Main Street, Ste. 210
Columbus, OH 43215

McKesson Medical
PO Box 630693
Cincinnati, OH 45274-0693

McKesson Medical-Surgical Supplies
Scott Pickens
8121 Ten Avenue North
Minneapolis, MN 55427

McNeil Group d/b/a Pinnacle Metal Prod.
1701 Woodland Ave.
Columbus, OH 43219

Michael Tarullo
Schottenstein, Zox & Dunn
250 West Street
Columbus, OH 43215

Michael V. Passella
Dinsmore & Shohl LLP
191 West Nationwide Bvld., Suite 300
Columbus, OH 43215

Miller Textile Services
Attn:  Mike Reid
140 N. Murray St.
Springfield, OH 45503

MNS (Management & Network Services)
Attn: Jon Hoffman, President
4892 Blazer Parkway
Dublin, OH 43017

Mt. Carmel Hospice
1144 Dublin Road
Columbus, OH 43215

National Church Residences - Health Care
2335 North Bank Drive
Columbus, OH 43220

National Consumer Cooperative Bank
Attn: Robert Montanari, Sr. VP Healthcar
2011 Crystal Drive, Suite 800
Arlington, VA 22202-3709

Neopost
5700 Perimeter Dr. Ste C
Dublin, OH 43017

OCE (Financial Services, Inc.
Attn: Jack Scarpelli
5600 Broken Sound Blvd.
Boca Raton, FL 33487

Oce Financial Services, Inc.
5450 North Cumberland
Chicago, IL 60656-1494

Odyssey Healthcare (VistaCare USA, Inc.)
Attn:  Valorie Domiano
540 Officenter Place, Suite 100
Columbus, OH 43230

Ohio Bureau of Workers Compensation
Corporate Processing Department
Columbus, OH 43217-0821

Ohio Dept. of Job & Family Services
PO Box 714850
Columbus, OH 43271-4850

Open Online, LLC
PO Box 182520
Columbus, OH 43218-2520

PharMerica
720 Lakeview Plaza Blvd., Suite H
Columbus, OH 43085

Plante & Moran PLLC
3434 Granite Circle
Toledo, OH 43617

Plates, Inc.
5315 Longshadow Drive
Westerville, OH 43081

PNC Bank
PNC Realty Services, Attn: Lease Mgr.
620 Liberty Ave., 19th Floor
Pittsburgh, PA 15222

Premier Global Services
PO Box 404351
Atlanta, GA 30384-4351

Quickcare Software Services, LLP
PO Bjox 2129
Frisco, TX 75034

REPS Marketing Program
Attn: Davie Griffin
3450 Buschwood Park Drive, Suite 240
Tampa, FL 33618

Resource Systems Subscription Agreement
140 South Friendsip Dr.
Moxahala, OH 43761

RH Positive, Inc.
146 E. Campusview Blvd.
Columbus, OH 43235

Richard Riesenberger
c/o Bill Riesenberger
1132 Grandview Avenue
Columbus, OH 43212

Riverside Methodist Hospital
Attn: Dr. Edward Bope, Director
3535 Olentangy River Road
Columbus, OH 43214

Rose Products
PO Box 871065
Kansas City, MO 64187-1065

SBC Long Distance
PO Bjox 660688
Dallas, TX 75266-0688

Schindler Elevator
PO Box 93050
Chicago, IL 60673

Schindler Elevator Corp.
Attn: Steve Moseley, Branch Mgr.
3607 Interchange Road
Columbus, OH 43204

Senior Independence
Hospice Director
1001 Kingsmill Parkway
Columbus, OH 43229

Sherwin Williams
Marge Jones, Midwestern Div. Acct. Mgr.
12261 Nicollet Ave., Suite D
Burnsville, MN 55337

Siemens Building Technologies
Attn: Dale S. Hampshire
530 Lakeview Plaza Blvd., Suite D
Columbus, OH 43085

Skilled Care Pharmacy
6175 Hi-Tek Court
Mason, OH 45040

Skilled Care Pharmacy
Attn: Nancy Mlinarik
6175 Hi-Tek Court
Mason, OH 45040

Sovereign Bank
Attn: Toby B. Shea, Vice President
75 State Street
Boston, MA 02109

Sovereign Bank, As the Admin. Agent
75 State Street
Boston, MA 02109

Speer Mechanical
Attn: Brent A. Skatzes, Sr.
600 Oakland Park Avenue
Columbus, OH 43214

Sprint/Nextel
PO Box 4181
Carol Stream, IL 60197-4181

Squire Sanders & Dempsey, LLP
John E. Thomas, Esq.
800 Towers Crescent Drive, 14th Floor
Vienna, VA 22182

Squire Sanders & Dempsey, LLP
Jeffrey A. Marks, Esq.
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

SRA (Senior Resource Alliance)
Attn: Scott Collins
4770 Duke Drive, Suite 308
Mason, OH 45040

SRA Education Interface
Senior Resources Alliance
4770 Duke Drive, Suite 308
Mason, OH 45040

Standard & Poors
2542 Collections Center Drive
Chicago, IL 60693

Staples
Attn: Paul Handermann
5443 Duff Drive
Cincinnati, OH 45246

State Chemical Solutions
PO Box 74189
Cleveland, OH 44191-0268

State of Ohio
BWC - Law Section Bankruptcy Group
P. O. Box 15567
Columbus, OH 43215-0567

Status Solutions LLC
370 Greenbrier Dr., Suite B
Charlottesville, VA 22901

Stevens Surgical Supplies
Senior Care Services
771-Q Dearborn Park Lane
Columbus, OH 43085

Stevens Surgical Supplies - Senior Care
Attn: D.J. Marshall
771-Q Dearborn Park Lane
Columbus, OH 43085

SYSCO
Attn: Robert Hanners
2400 Harrison Road
Columbus, OH 43204

Sysco Central Ohio
PO Box 44466
Columbus, OH 43204

TAC Americas
Attn: Chuck Ednie
777 Brooksedge Plaza Drive
Westerville, OH 43081

TechCo.
19870 Barker Road
Marysville, OH 43040

Thermal Insulation
7783 State Rt. 22 East
Circleville, OH 43113

Thomas L. Rosenberg
Roetzel & Andress, LPA
155 East Broad Street
Columbus, OH 43215

Time Warner Cable
PO Box 0916
Carol Stream, IL 60132-0916

Time Warner Communications
PO Box 0900
Elgin, IL 60123-0900

Traditions at Stygler Road
167 N. Stygler Road
Columbus, OH 43230

Trend Micro
Affiliated Resource Group
5700 Perimeter, Suite H
Dublin, OH 43017

Upper Arlington School District BOE
1950 Mallway N.
Columbus, OH 43221

USA Mobility Wireless
PO Box 4062
Woburn, MA 01888-4062

Vance & Lightner Inc
1773 Kaiser Drive
Reynoldsburg, OH 43068

Veritas
Affiliated Resource Group
5700 Perimeter Drive, Suite H
Dublin, OH 43017

Viox (An EMCOR Company)
15West Voorhees Street
Cincinnati, OH 45215

Visio Mobile Diagnostics
Attn: Pete Samijlenko
1790-A Harmon Avenue
Columbus, OH 43223

Websense
Affiliated Resource Group
5700 Perimeter Drive, Suite H
Dublin, OH 43017

Weis Builders, Inc.
7654 Lyndale Avenue South
Minneapolis, MN 55423

Windmill Software, Inc.
ATtn: Josh Malbogat
365 Evans Ave., #504
Toronto, ON

YMCA of Central Ohio
40 W. Long Street
Columbus, OH 43215