**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: December 14, 2010**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 10 - 54533 |
| **FIRST COMMUNITY VILLAGE**, | : | Chapter 11 |
| Debtor and Debtor in Possession. | : | Honorable C. Kathryn Preston |

**ORDER CONFIRMING THE FIRST AMENDED PLAN OF REORGANIZATION OF FIRST COMMUNITY VILLAGE, AS MODIFIED AND SUPPLEMENTED [Rel. Docs. No. 216, 232, 244, 256, 287, 295 and 297]**

The First Amended Plan of Reorganization for First Community Village (the "Debtor" or "FCV")[Doc. No. 216], as supplemented and modified by: (i) the Modification to First Amended Plan of Reorganization for First Community Village [Doc. No. 232]; (ii) the First Amendment to Schedule C to First Amended Plan of Reorganization for First Community Village [Doc. No. 244]; (iii) the Second Modification to First Amended Plan of Reorganization for First Community Village [Doc. No. 256]; (iv) the Supplement to First Amended Plan of Reorganization for First Community Village, as Modified [Doc. No. 287]; (v) the Third

Modification to First Amended Plan of Reorganization for First Community Village [Doc. No. 295], and (vi) the Second Supplement to First Amended Plan of Reorganization for First Community Village, as Modified [Doc. No. 297] (collectively, the "Plan")[1] having been transmitted to creditors and parties in interest; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) and, where applicable, § 1129(b) have been satisfied;

IT IS ORDERED that:

1. The Plan, as modified by this Order, shall be, and hereby is, confirmed.

2. All claims against Debtor are hereby discharged to the fullest extent permitted by § 1141 of title 11 of the United States Code.

3. The Debtor is hereby authorized and directed to take any and all acts necessary or appropriate to implement and consummate the Plan, including, but not limited, execution and delivery of all documents evidencing or relating to the Restructured Term Debt and collateral therefor, and its performance thereunder.

4. Susan L. Rhiel, Esq. shall be, and hereby is, appointed as the Appointed Estate Retained Actions Representative, as such term is defined in the Plan, pursuant to 11 U.S.C. § 1123(b)(3) and Article VII of the Plan.

5. Upon the Effective Date, all right, title and interest in and to Debtor's assets which constitute property of the estate shall vest in the Reorganized Debtor or be transferred under the Plan, as the case may be, free and clear of all claims, liens and interest of creditors and interest holders, except those liens or interests retained or expressly provided pursuant to the Plan or the documents related to the Restructured Term Debt. Pursuant to Article XI of the Plan,

---

[1] Capitalized terms in this Order shall have the meaning ascribed to them in the Plan unless otherwise defined herein.

the liens and encumbrances listed on Exhibit "A" hereto shall be, and hereby are, deemed null, void and of no further force or effect and shall be cancelled and discharged of record. A certified copy of this Order may be recorded in the real estate records of Franklin County, Ohio to evidence and effectuate such cancellation and discharge.

6. Except to the extent addressed by this Order, or otherwise, and based upon the representations of counsel at the Confirmation Hearing, the objections to confirmation asserted by Weis Builders, Inc. ("Weis") [Doc. No. 264], Chemcote, Inc. and Chemcote Roofing Co. collectively, ("Chemcote") [Doc. No. 266], and National Consumer Cooperative Bank ("NCCB") [Doc. No. 267] are each hereby withdrawn.

7. As represented at the Confirmation Hearing, and as evidenced by the approval of this Order by their respective counsel, Weis hereby amends its previously submitted ballot to reflect acceptance of the Plan as a Class B-6 claimant, Chemcote hereby amends its previously submitted ballots to reflect acceptance of the Plan as Class B-6 claimants, and NCCB hereby amends its previously submitted ballot to reflect acceptance of the Plan as a Class B-4 claimant. As now having voted to accept the Plan, NCCB is deemed to be a Released Party as such term is defined in Article XVIII of the Plan. Additionally, the Court hereby recognizes and acknowledges the accepting ballot of Sovereign as a Class B-3 claimant under the Plan.

IT IS SO ORDERED.

APPROVED:

      /s/ Thomas R. Allen
Thomas R. Allen                     (0017513)
J. Matthew Fisher                (0067192)
ALLEN KUEHNLE STOVALL & NEUMAN LLP
17 S. High Street, Suite 1220
Columbus, OH 43215-4100
(614) 221-8500;  FAX:   (614) 221-5988
Email:  allen@aksnlaw.com
Email:  fisher@aksnlaw.com
*Counsel for Debtor and Debtor in Possession*


      /s/ Thomas L. Rosenberg
Thomas L. Rosenberg (0024898)
ROETZEL & ANDRESS, LPA
PNC Plaza
Twelfth Floor
155 East Broad Street
Columbus, Ohio 43215
(614) 463 9770; FAX (614) 463 9792
Email:  trosenberg@ralaw.com
*Counsel for Weis Builders, Inc.*


   /s/ Harry W. Greenfield
Harry W. Greenfield (0003839)
BUCKLEY KING LPA
600 Superior Avenue, East
1400 Fifth Third Center
Cleveland, Ohio 44114
(216) 363 1400; FAX (216) 579-1020
Email: Greenfield@buckleyking.com
*Counsel for National Consumer Cooperative Bank*


   /s/ Joseph S. Streb
 Joseph S. Streb (0021786)
 736 Neil Avenue
Cols., OH 43215
Phone: (614) 224-0200
Fax: (614) 224-9323
E-mail: streblaw@sbcglobal.net
*Counsel for Chemcote, Inc. and Chemcote Roofing Co.*

# EXHIBIT A

## MORTGAGE AND MECHANIC'S LIENS TO BE CANCELLED AND DISCHARGED

| **Subcontractor** | **Franklin County Instrument No.** |
|---|---|
| Vance & Lightner | 200708310154513 |
| Chemcote, Inc | 200709050156481 |
| McNeil Group | 200710110178759 |
| APCO | 200710220183728 |
| Bruner Corp | 200711060193190 |
| Chemcote Roofing | 200712030207870 |
| Central Ohio Sheet Metal | 200802200025739 |
| Thermal Insulation | 200803050033566 |
| Central Ohio Sheet Metal | 200803100036536 |
| Weis Builders | 200804150057646 |
| Legacy Commercial Flooring | 200804290064642 |

| **Mortgage Holder** | **Franklin County Instrument No.** |
|---|---|
| Huntington National Bank | 200505200097094 |

Copies to All Creditors and Parties in Interest

###