B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

Southern District of Ohio

In re: <u>First Community Village</u>  Case No. <u>10-54533</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Schecter Family Investments, LLC | Dolly Schecter & Schecter Family Investments, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Schecter Family Investments, LLC
c/o Michael J. Barren, Esq.
Barren & Merry Co., L.P.A.
110 Polaris Parkway, Suite 302
Westerville, OH 43082

Court Claim # (if known): <u>27</u>
Amount of Claim: <u>$187,950.00</u>
Date Claim Filed: <u>September 9, 2010</u>

Phone: <u>(614) 776-1000</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Uma P. Setty, Esq., Attorney for Transferee</u>   Date: <u>May 24, 2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BML #73918-v1